IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

MICKEY RAY JAMES )
)
v. ) No. 2:11-0012
)
MICHAEL J. ASTRUE, )
    Commissioner of Social Security )

O R D E R

The defendant's motion for leave to file excess pages (Docket Entry No. 19) is GRANTED. The Clerk is directed to file and docket the defendant's memorandum (Docket Entry No. 19-1) in support of his response to the plaintiff's motion for judgment.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge