IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

MICKEY RAY JAMES, )
)
v. ) 2:11-0012
)
MICHAEL J. ASTRUE, Commissioner of Social )
   Security. )

**O R D E R**

      Before the Court is the Report and Recommendation of Magistrate Judge Griffin in which she recommends Plaintiff's Motion for Judgment on the Administrative Record be denied and the case dismissed. No objections have been filed.

      The Court has considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court.

      For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record (Doc. #15) is hereby **DENIED,** and this case is **DISMISSED.**

      It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge